UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 311 S

| | |
|---|---|
| TIMOTHY REGAN, et al. Plaintiffs | |
| vs. | C.A. No.: 2006-____-__ |
| NEW CINGULAR WIRELESS, PCS, LLC, et al. Defendants | |

TOWN OF CHARLESTOWN'S NOTICE OF REMOVAL

Now comes the Town of Charlestown, Rhode Island, by and through their attorney, and hereby issues Notice of Removal of the above-referenced matter from the Washington County Superior Court for the State of Rhode Island, pursuant to 28 U.S.C. § 1441 and the RI U.S. Dist. Ct. Rule 81. The attached Exhibit A includes certified copies of the docket sheet and all the documents filed in the Superior Court as of July 7, 2006.

Respectfully Submitted,
TOWN OF CHARLESTOWN
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

July 10, 2006

## CERTIFICATION

I, the undersigned, do hereby certify that on the 11th day of July 2006, I did mail via U.S. Mail, first class, prepaid, a true and accurate copy of the foregoing Notice of Removal to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090

Kelly M. Fracassa
Naccarato & Fracassa
P.O. Box 2976
Westerly, R.I. 02891
(401) 596-0321