UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY REGAN, et al.<br>Plaintiffs | CA 06 311 S |
| vs. | C.A. No.: 2006-____-__ |
| NEW CINGULAR WIRELESS, PCS, LLC, et al.<br>Defendants | |

ENTRY OF APPEARANCE

I, Peter D. Ruggiero, enter my appearance on behalf of the Town of Charlestown, R.I. in the above-referenced proceeding.

Respectfully Submitted,
TOWN OF CHARLESTOWN
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

July 10, 2006

CERTIFICATION

I, the undersigned, do hereby certify that on the 11th day of July 2006, I did mail via U.S. Mail, first class, prepaid, a true and accurate copy of the foregoing Notice of Removal to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090

Kelly M. Fracassa
Naccarato & Fracassa
P.O. Box 2976
Westerly, R.I. 02891
(401) 596-0321