STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
WASHINGTON COUNTY SUPERIOR COURT

TIMOTHY REGAN, KATHLEEN F. REGAN, HAROLD H. HULTGREN REVOCABLE TRUST, MARTHA A. HULTGREN REVOCABLE TRUST, and CHARLESTOWN LAND GROUP, LLC.

CA 06 311 S

V.

C.A. NO. 2006-395

06-311

NEW CINGULAR WIRELESS, PCS, LLC, f/k/a AT&T WIRELESS PCS, LLC, MCF COMMUNICATIONS, INC., and MICHAEL RZEWUSKI, RONALD CROSSON, RAYMOND DRECZKO, LYNN MANNING, and CASEY HIBBARD, in their capacities as members of the TOWN OF CHARLESTOWN ZONING BOARD OF REVIEW, and the TOWN OF CHARLESTOWN

**STIPULATION**

I am authorized to accept service of the complaint on behalf of Defendant Town of Charlestown, and hereby accept service thereof on behalf of said defendant and waive service of a summons.

Peter D. Ruggerio, Esq.
20 Centerville Road
Warwick RI 02886
(401) 737-8700
(401) 737-0735 fax

Dated: 7-6-06