UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 311 S

TIMOTHY REGAN, et al.
Plaintiffs

vs.

C.A. No.: 2006-311

NEW CINGULAR WIRELESS, PCS, LLC, et al.
Defendants

TOWN OF CHARLESTOWN'S ANSWER

1. The Co-Defendant, Town of Charlestown ("Town"), neither admits nor denies the Plaintiffs allegations contained in paragraph 1 of their complaint, but leaves the Plaintiffs to their proof.

2. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 2 of their complaint, but leaves the Plaintiffs to their proof.

3. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 3 of their complaint, but leaves the Plaintiffs to their proof.

4. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 4 of their complaint, but leaves the Plaintiffs to their proof.

5. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 5 of their complaint, but leaves the Plaintiffs to their proof.

6. The Town admits the allegations set forth in paragraph 6 of the Plaintiffs complaint.

7. The Town admits the allegations set forth in paragraph 7 of the Plaintiffs complaint.

8. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 8 of their complaint, but leaves the Plaintiffs to their proof.

9. The Town admits the allegations set forth in paragraph 9 of the Plaintiffs complaint.

10. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 10 of their complaint, but leaves the Plaintiffs to their proof.

11. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 11 of their complaint, but leaves the Plaintiffs to their proof.

12. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 12 of their complaint, but leaves the Plaintiffs to their proof.

13. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 13 of their complaint, but leaves the Plaintiffs to their proof.

14. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 14 of their complaint, but leaves the Plaintiffs to their proof.

15. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 15 of their complaint, but leaves the Plaintiffs to their proof.

16. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 16 of their complaint, but leaves the Plaintiffs to their proof.

17. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 17 of their complaint, but leaves the Plaintiffs to their proof.

18. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 18 of their complaint, but leaves the Plaintiffs to their proof.

19. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 19 of their complaint, but leaves the Plaintiffs to their proof.

20. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 20 of their complaint, but leaves the Plaintiffs to their proof.

21. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 21 of their complaint, but leaves the Plaintiffs to their proof.

22. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 22 of their complaint, but leaves the Plaintiffs to their proof.

23. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 23 of their complaint, but leaves the Plaintiffs to their proof.

24. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 24 of their complaint, but leaves the Plaintiffs to their proof.

25. The Town neither admits nor denies the Plaintiffs allegations contained in paragraph 25 of their complaint, but leaves the Plaintiffs to their proof.

26. The Town denies the allegations set forth in paragraph 26 of the Plaintiffs complaint.

27. The Town denies the allegations set forth in paragraph 27 of the Plaintiffs complaint.

28. The Town denies the allegations set forth in paragraph 28 of the Plaintiffs complaint.

WHEREFORE, the Town prays this Court deny and dismiss the Plaintiffs complaint and award such other relief the Court deems just and reasonable under the circumstances, including costs and reasonable attorney fees.

Respectfully Submitted,
TOWN OF CHARLESTOWN
By Their Attorney,

Peter D. Ruggiero (#5733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

July 10, 2006

CERTIFICATION

I, the undersigned, do hereby certify that on the 11th day of July 2006, I did mail via U.S. Mail, first class, prepaid, a true and accurate copy of the foregoing Notice of Removal to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090

Kelly M. Fracassa
Naccarato & Fracassa
P.O. Box 2976
Westerly, R.I. 02891
(401) 596-0321