UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 11 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY REGAN, et al.
Plaintiffs

vs.

NEW CINGULAR WIRELESS, PCS, LLC, et al.
Defendants

C.A. No.: 2006-311-S

MOTION TO CONSOLIDATE

Now comes the Town of Charlestown, Rhode Island, by and through their attorney in the above-referenced matter, and hereby files this Motion To Consolidate the above referenced matter with C.A. No.: 03-421-S now pending in the Federal Court for the District of Rhode Island. As grounds, the movant avers that both matters contain common issues of fact and law, that the parties would not be prejudiced by consolidation and that consolidation would serve the interests of judicial economy.

Respectfully Submitted,
TOWN OF CHARLESTOWN
By Their Attorney,

Ruggiero

Peter D. Ruggiero (#3733)
Town Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

July 10, 2006

CERTIFICATION

I, the undersigned, do hereby certify that on the 11th day of July 2006, I did mail via U.S. Mail, first class, prepaid, a true and accurate copy of the foregoing Notice of Removal to the following persons:

Richard J. Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 454-3600

Douglas H. Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Christopher J. Zangari
Marinosci & Zangari
1575 South County Trail
East Greenwich, R.I. 02818
(401) 751-8090

Kelly M. Fracassa
Naccarato & Fracassa
P.O. Box 2976
Westerly, R.I. 02891
(401) 596-0321

B Ruggiero