UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY REGAN, et al<br>Plaintiffs | : | |
| vs. | : | C.A. No.: 2006-311-S |
| NEW CINGULAR WIRELESS, PCS,LLC,<br>Et al.<br>Defendants | : | |

ANSWER OF THE DEFENDANT,
CHARLESTOWN ZONING BOARD OF REVIEW

1. The Co-Defendant, Town of Charlestown Zoning Board of Review ("Board"), neither admits nor denies the allegations in paragraph 1 and leaves Plaintiffs to their proof.
2. The Board neither admits nor denies the allegations in paragraph 2 and leaves plaintiffs to their proof.
3. The Board neither admits nor denies the allegations in paragraph 3 and leaves plaintiffs to their proof.
4. The Board neither admits nor denies the allegations in paragraph 4 and leaves plaintiffs to their proof.
5. The Board neither admits nor denies the allegations in paragraph 5 and leaves plaintiffs to their proof.
6. Admit.
7. Admit.
8. The Board neither admits nor denies the allegations in paragraph 8 and leaves plaintiffs to their proof.

9. Admit.

10. The Board neither admits nor denies the allegations in paragraph 10 and leaves plaintiffs to their proof.

11. The Board neither admits nor denies the allegations in paragraph 11 and leaves plaintiffs to their proof.

12. The Board neither admits nor denies the allegations in paragraph 12 and leaves plaintiffs to their proof.

13. The Board neither admits nor denies the allegations in paragraph 13 and leaves plaintiffs to their proof.

14. The Board neither admits nor denies the allegations in paragraph 14 and leaves plaintiffs to their proof.

15. The Board neither admits nor denies the allegations in paragraph 15 and leaves plaintiffs to their proof.

16. The Board neither admits nor denies the allegations in paragraph 16 and leaves plaintiffs to their proof.

17. The Board neither admits nor denies the allegations in paragraph 17 and leaves plaintiffs to their proof.

18. The Board neither admits nor denies the allegations in paragraph 18 and leaves plaintiffs to their proof.

19. Admit in part. Denied in part. The Board denied the special use permit. As to the remainder of the allegation the Board neither admits nor denies and leaves plaintiffs to their proof.

20. The Board neither admits nor denies the allegations in paragraph 20 and leaves plaintiffs to their proof.

21. The Board neither admits nor denies the allegations in paragraph 21 and leaves plaintiffs to their proof.

22. The Board neither admits nor denies the allegations in paragraph 22 and leaves plaintiffs to their proof.

23. The Board neither admits nor denies the allegations in paragraph 23 and leaves plaintiffs to their proof.

24. The Board neither admits nor denies the allegations in paragraph 24 and leaves plaintiffs to their proof.

25. Admit.

26. Denied.

27. Denied.

28. Denied.

WHEREFORE, THE Board prays this Court to enter an Order denying and dismissing Plaintiffs' complaint and any and all further relief this Court deems just and proper.

Defendants,
By their attorney,

Christopher J. Zangari #5442
Law Offices of Christopher J. Zangari, Esq.
1575 South County Trail
East Greenwich, RI 02818
(t)401-751-8090
(f)401-541-3814
(e)chris@libtitle.com

CERTIFICATION

I hereby certify that on the 26th of July, 2006 I mailed a true and accurate copy of the foregoing entry, U.S. mail, first class, postage prepaid to the following parties:

Richard Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street
Providence, RI 02903

Peter Ruggiero
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Douglas Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

Kelly Fracassa
Naccarato & Fracassa
P.O. Box 2979
Westerly, RI 02891