UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY REGAN, et al<br>Plaintiffs | : | |
| vs. | : | C.A. No.: 2006-311-S |
| NEW CINGULAR WIRELESS, PCS,LLC,<br>Et al.<br>Defendants | : | |

ENTRY OF APPEARANCE

I, Christopher J. Zangari, hereby enter my appearance on behalf of the Defendants, Town of Charlestown Zoning Board of Review, Michael Rzewuski, Ronald Crosson, Raymond Dreczko, Lynn Manning, and Casey Hibbard, in their capacities as members of the Town of Charlestown Zoning Board of Review.

Defendants,
By their attorney,

Christopher J. Zangari #5442
Law Offices of Christopher J. Zangari, Esq.
1575 South County Trail
East Greenwich, RI 02818
(t)401-751-8090
(f)401-541-3814
(e)chris@libtitle.com

# CERTIFICATION

I hereby certify that on the ~~13~~ 26th of July, 2006 I mailed a true and accurate copy of the foregoing entry, U.S. mail, first class, postage prepaid to the following parties:

Richard Welch
Moses, Afonso, Jackvony, Ltd.
170 Westminster Street
Providence, RI 02903

Peter Ruggiero
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Douglas Wilkins
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

Kelly Fracassa
Naccarato & Fracassa
P.O. Box 2979
Westerly, RI 02891