UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY REGAN, KATHLEEN F. REGAN, HAROLD H. HULTGREN REVOCABLE TRUST, MARTHA A. HULTGREN REVOCABLE TRUST, and CHARLESTOWN LAND GROUP, LLC.

V. C.A. NO. 2006-311S

NEW CINGULAR WIRELESS, PCS, LLC, f/k/a AT&T WIRELESS PCS, LLC, MCF COMMUNICATIONS, INC., and MICHAEL RZEWUSKI, RONALD CROSSON, RAYMOND DRECZKO, LYNN MANNING, and CASEY HIBBARD, in their capacities as members of the TOWN OF CHARLESTOWN ZONING BOARD OF REVIEW, and the TOWN OF CHARLESTOWN

## STIPULATION

I am authorized to accept service of the complaint on behalf of Defendant Town of Charlestown, and hereby accept service thereof on behalf of said defendant and waive service of a summons.

Christopher J. Zangari #5442
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich RI 02818
(401) 751-8090
(401) 751-8091 fax
chris@libtitle.com e-mail

Dated: 7/26/06