UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY REGAN, ET AL

V.

NEW CINGULAR WIRELESS, PCS, LLC, ET AL

C.A. NO. 2006-311S
**Consolidated with:**
C.A. NO. 2003-421S

## DISMISSAL STIPULATION

All claims presented in *Regan v. New Cingular Wireless, PCS, LLC*, C.A. No. 2006-311S, are dismissed with prejudice, no costs.

For the plaintiffs:

/s/ Kelly M. Fracassa
Kelly M. Fracassa #3699
NACCARATO & FRACASSA
P.O. Box 2976
96 Franklin Street
Westerly RI 02891
(401) 596-0321
(401) 348-1090 fax
tnf960@aol.com e-mail

For New Cingular Wireless, PCS, LLC, and MCF Communications:

/s/ Richard J. Welch
Richard J. Welch #4497
MOSES, AFONSO & JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence RI 02903
(401) 453-3600
(401) 453-3604 fax
rwelch@mosesafonso.com e-mail

/s/ Douglas H. Wilkins
Douglas H. Wilkins, pro hac vice
ANDERSON & KREIGER, LLP
43 Thorndike Street
Cambridge MA 02141
(617) 752-6575
(617) 252-6899 fax
DWilkins@AndersonKreiger.com e-mail

For the Town of Charlestown:

/s/ Peter D. Ruggiero
Peter D. Ruggiero #5733 (Town)
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick RI 02886
(401) 737-8700
(401) 323-1660 cell
(401) 737-0735 fax
ruggieropd@ruggiero-orton-brochu.com e-mail

For the Charlestown Zoning Board of Review:

/s/ Christopher J. Zangari
MARINOSCI & ZANGARI
1575 South County Trail
East Greenwich RI 02818
(401) 751-8090
(401) 640-3823 cell
(401) 751-8091 fax
chris@libtitle.com e-mail

Dated: ___________________________

Judge: ___________________________